IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURINCE O. SIMPSON, | ) | No. C 11-3743 RMW (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 29, 2011. Petitioner seeks habeas relief from his underlying criminal conviction and sentence in Santa Ana Superior Court, which lies in the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Central District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California, the district of petitioner's conviction at issue in this petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate any pending motions

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.11\Simpson743trans.wpd

1  and transfer the entire file to the Central District of California.

2      IT IS SO ORDERED.

3  DATED: _____

                                        RONALD M. WHYTE
4                                          United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.11\Simpson743trans.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURINCE O'SHIEGH SIMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>RANDY GROUNDS et al,<br><br>        Defendant. | Case Number: CV11-03743 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurince O Simpson E-08430
CTF North State Prison
Box 705
Soledad, CA 93960

Dated: September 23, 2011

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk