UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAURINCE O. SIMPSON,<br><br>Petitioner,<br><br>v.<br><br>RANDY GROUNDS, Warden,<br><br>Respondent. | Case No. SACV 11-1502-PA(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _October 3, 2011_

_Percy Anderson_
Percy Anderson
United States District Judge